**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF KANSAS
LOCATED IN TOPEKA, KANSAS**

*In Re:*

| | | |
|---|---|---|
| **MARTY EUGENE HENDERSON** | ) | |
| and | ) | Case No. **05-41316** |
| **BARBARA JOAN HENDERSON** | ) | Chapter 7 |
| Debtors. | ) | |

## AMENDMENT TO SCHEDULE A

**COMES NOW THE DEBTORS** in the above-entitled matter and amends Schedule A as follows: On Schedule A the Summer Bay timeshare should show a secured claim in the amount of $5,000.00 on behalf of Summer Bay Resort, P. O. Box 29640, Phoenix, AZ 85038-9640, who is a Secured Creditor, but was listed as an unsecured creditor.

Creditor Summer Bay Resort has already been noticed and need not be noticed again.

BERKOWITZ LAW OFFICE
5030 Bob Billings Parkway, Suite C
P. O. Box 561
Lawrence, KS 66044-0561
Telephone - 785-843-0420
Facsimile - 785-865-5221


s/David J. Berkowitz
David J. Berkowitz         #06742

## CERTIFICATE OF SERVICE

      I, the undersigned, do hereby certify that the Trustee, Robert L. Baer, 534 South Kansas, Suite 1100, Topeka, KS 66603 and the Creditor, Summer Bay Resort, P. O. Box 29640, Phoenix, AZ 85038-9640 will be served either electronically or via U.S. Mail on the 26th day of May 2005.

                                          s/David J. Berkowitz, attorney